UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RICKY SANCHEZ | CIVIL ACTION |
| VERSUS | NO. 09-6130 |
| ASSUMPTION PARISH SHERIFF MIKE WAGUESPACK, PARISH OF ASSUMPTION, STATE OF LOUISIANA, BRUCE PREJEAN, MICHAEL BROWN, HAYES CADEAUX, WADE HERNANDEZ, AND TWO UNKNOWN NAMED DEPUTY SHERIFFS | SECTION "F"(4) |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the plaintiff Ricky Sanchez's claims pursuant to 42 U.S.C. §§ 1983, 1988 and La. Civ. Code art. 2315 *et seq.* against the defendants, Bruce Prejean, Michael Brown, and Hayes Cadeaux, are **DISMISSED WITH PREJUDICE** for failure to serve pursuant to Fed. R. Civ. P. 4(m) and for failure to prosecute under Fed. R. Civ. P. 41(b).

**IT IS FURTHER ORDERED** that Sanchez's claims pursuant to § 1983, § 1988, and La. Civ. Code art. 2315 *et seq.* against the State of Louisiana are **DISMISSED WITHOUT PREJUDICE** as frivolous, for failure to state a claim for which relief can be granted, and/or for seeking relief against an immune defendant pursuant to 28 U.S.C. § 1915(e)(2) because the claims are barred by the Eleventh Amendment.

New Orleans, Louisiana, this 28th day of April, 2010.

_____
UNITED STATES DISTRICT JUDGE