UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RICKY SANCHEZ | CIVIL ACTION |
| VERSUS | NO. 09-6130 |
| ASSUMPTION PARISH SHERIFF MIKE WAGUESPACK, PARISH OF ASSUMPTION, STATE OF LOUISIANA, BRUCE PREJEAN, MICHAEL BROWN, HAYES CADEAUX, WADE HERNANDEZ AND TWO UNKNOWN, NAMED DEPUTY SHERIFFS | SECTION "F" (4) |

## ORDER

The court, having considered the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the **Motion to Dismiss (Rec. Doc. No. 18)** filed by the defendant Assumption Parish Police Jury is **GRANTED** and that the federal and state claims against the Assumption Parish Police Jury (originally named as Assumption Parish) are **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 13th day of _____, 2010.

_____
UNITED STATES DISTRICT JUDGE